**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
  **1477 Drew Avenue, Suite 106**
  **Davis, California 95618**
  **Telephone:    530.759.0700**
  **Facsimile:     530.759.0800**
**Attorney for Defendant**

KEOUDONE PHAOUTHOUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 08-389, 08-390, 08-391, 08-392 GEB |
| Plaintiff, | |
| vs. | |
| KEOUDONE PHAOUTHOUM; et al., | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| Defendants. | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Michael M. Beckwith, Assistant United States Attorney, and Defendant, KEOUDONE PHAOUTHOUM, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for January 28, 2011, at 9:00 a.m., be rescheduled to March 11, 2011, at 9:00 a.m.

The parties are entering into this Stipulation to provide additional time for

/ / / / /

counsel to travel to Butte County to meet with defendant to review the new PSR with counsel and interpreter.

Dated:  January 10, 2010              Respectfully submitted,

                                      JOSEPH J. WISEMAN, P.C.


                                      By:   /s/  Joseph J. Wiseman
                                            JOSEPH J. WISEMAN
                                            Attorney for Defendant
                                            KEOUDONE PHAOUTHOUM

Dated: January 10, 2010               BENJAMIN B. WAGNER
                                      United States Attorney

                                      By:   /s/ Michael M. Beckwith
                                            MICHAEL M. BECKWITH, AUSA
                                            Attorney for Plaintiff
                                            UNITED STATES OF AMERICA

## ORDER

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to March 11, 2011 at 9:00 a.m.

**Date: 1/11/2011**

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge