**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    Telephone:    530.759.0700
    Facsimile:    530.759.0800
**Attorney for Defendant**

KEOUDONE PHAOUTHOUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>KEOUDONE PHAOUTHOUM; et al.,<br><br>           Defendants. | Case No. CR S 08-389, 08-390, 08-391,<br>08-392 GEB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE**<br>**SENTENCING** |

    It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Michael M. Beckwith, Assistant United States Attorney, and Defendant, KEOUDONE PHAOUTHOUM, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for March 11, 2011, at 9:00 a.m., be rescheduled to April 15, 2011, at 9:00 a.m.

    The parties are entering into this Stipulation to provide additional time for

/ / / / /
/ / / / /
/ / / / /

counsel to coordinate a mutually convenient time to meet with the Laotian interpreter and the defendant to review the revised PSR.

Dated:  February 17, 2011          Respectfully submitted,

                                   JOSEPH J. WISEMAN, P.C.

                                   By:   /s/  Joseph J. Wiseman
                                         JOSEPH J. WISEMAN
                                         Attorney for Defendant
                                         KEOUDONE PHAOUTHOUM

Dated: February 17, 2011           BENJAMIN B. WAGNER
                                   United States Attorney

                                   By:   /s/ Michael M. Beckwith
                                         MICHAEL M. BECKWITH, AUSA
                                         Attorney for Plaintiff
                                         UNITED STATES OF AMERICA

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to April 15, 2011 at 9:00 a.m.

**Date:  2/24/2011**

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge