```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KEOUDONE NOY PHAOUTHOUM,<br><br>  Defendant. | CR. No. S 2:08-389 GEB<br>CR. No. S 2:08-390 GEB<br>CR. No. S 2:08-391 GEB<br><br>[PROPOSED] ORDER |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The Indictment's in case numbers CR-S-08-389 GEB, CR-S-08-390 GEB, and CR-S-08-391 GEB, as to defendant KEOUDONE NOY PHAOUTHOUM are hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

Dated:  March 26, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28